IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-205-1H

UNITED STATES OF AMERICA,

v.

DWAN MARQUIS WILLIAMS,

Defendant.

**ORDER**

This matter is before the court on defendant's motion to for reduction of sentence for completing the Residential Drug Abuse Program (RDAP). The RDAP program and any sentencing reduction for completion of the program are run by the Bureau of Prisons. Therefore, this motion [DE #173] is denied.

This 8th day of July 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26